# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 30, 2020

### NO. 03-18-00364-CV

**Low Income Consumers, Mary Wilson and Hipolita Lutz, Appellants**

**v.**

**Public Utility Commission of Texas, Appellee**

**DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
RULEMAKING PROCEEDING NO. 47343
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE GOODWIN;
CONCURING AND DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the Commission's order adopting the amended rules. Because this Court concludes that the Commission acted within its authority and complied with the Administrative Procedure Act, the Court affirms the Commission's order. The appellants shall pay all costs relating to this appeal.